## BARNES v. COMMONWEALTH.

Court of Appeals of Kentucky.
May 23, 1952.

Motion to Set Aside Order Denied
Sept. 26, 1952.

Haynes Carter, Elizabethtown, for movant.

J. D. Buckman, Jr., Atty Gen., for the Commonwealth.

PER CURIAM.

Motion for an appeal from the Hardin Circuit Court by Richard Barnes from a judgment convicting him of selling liquor in local option territory and fixing his penalty at $150 fine and 60 days in jail.

A consideration of the record discloses no error prejudicial to movant's substantial rights, and the judgment is affirmed.

## G. L. FRANKLIN, Movant, v. COMMON-WEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.
June 20, 1952.

G. D. Milliken, Jr., E. R. Gregory, Bowling Green, for movant.

J. D. Buckman, Jr., Atty. Gen., Frankfort, for opposed.

PER CURIAM.

Motion for an appeal from the Warren Circuit Court. Judgment of conviction for maintaining public nuisance. $500 fine. The facts, questions raised, authorities cited and applicable law have been carefully considered by the Court.

Appeal denied.

Judgment affirmed.